### STATE OF CONNECTICUT *v.* FERNANDO APONTE
### (8742)

DUPONT, C. J., SPALLONE and NORCOTT, Js.

Argued January 8—decision released January 22, 1991

*Ronald Gold,* assistant public defender, for the appellant (defendant).

*Julia DiCocco Dewey,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Mark Brodsky,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.